UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5687 FMO (ASx) | Date | July 2, 2018 |
|---|---|---|---|
| Title | John Durant v. Integrated Medical Services, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal For Lack of Personal Jurisdiction and/or Improper Venue

On June 27, 2018, plaintiff John Durant, ("plaintiff"), filed a Complaint, (Dkt. 1), alleging one cause of action for copyright infringement pursuant to the Copyright Act of 1976, 17 U.S.C. § 101 et seq., against defendant Integrated Medical Services, Inc., ("defendant"). (See id. at ¶¶ 8-16). Defendant is alleged to be an Arizona corporation with its primary place of business in Phoenix, Arizona. (See id. at ¶ 5).

"[F]or claims of copyright infringement[,] venue is proper in the district in which the defendant or his agent resides or may be found. The Ninth Circuit interprets [28 U.S.C. § 1400] to allow venue in any judicial district in which the defendant would be amenable to personal jurisdiction if the district were a separate state." Adobe Systems Incorporated v. Blue Source Group, Inc., 125 F.Supp.3d 945, 959 (N.D. Cal. 2015) (internal citations and quotation marks omitted). Here, the Complaint does not allege any facts to support the court's exercise of specific and/or general personal jurisdiction over defendant in the Central District of California. (See, generally, Dkt. 1, Complaint). Accordingly, IT IS ORDERED that:

1. No later than **July 9, 2018**, plaintiff shall show cause in writing why this action should not be dismissed for lack of personal jurisdiction and/or improper venue, and shall specifically address the concerns raised above.

2. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. **Failure to file a timely response to this Order to Show Cause may result in the action being dismissed for lack of personal jurisdiction, improper venue, and/or failure to comply with the orders of the court.**

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |